UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:15 CR 53 |
| | ) | |
| DOMINIQUE LINCEY | ) | |

## O R D E R

Pursuant to the Report and Recommendation of the United States Magistrate Judge dated September 5, 2019 (DE # 87), to which objections have been waived, the Magistrate Judge's findings and recommendations are now **ADOPTED**. Defendant is **ADJUDGED** to have committed the violation of supervised release described in the April 22, 2019, Petition (DE # 63). Defendant's term of supervised release is **REVOKED** and defendant is hereby committed to the United States Bureau of Prisons to serve a term of imprisonment of five (5) months, including receipt of credit for time served while in federal custody. The court recommends that defendant be placed in an institution located in close proximity to Gary, Indiana, for service of this prison sentence and that defendant be given prescribed medications to assist with mental health treatment during his period of incarceration. After successful completion of the additional term of imprisonment, defendant shall be placed on supervised release for a period of twenty-four (24) months under the mandatory and discretionary conditions of supervision delineated in the Amended Summary Report of Violations (DE # 80).

**SO ORDERED.**

Date: September 9, 2019

s/ James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT